JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gladys Interiano,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Colonial Life and Accident Insurance Company,<br><br>　　　　　　　　　Defendant | 2:19-cv 01834-VAP-FFMx<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's Order Granting Plaintiff's Motion for Partial Summary Judgment and Granting in Part, Denying in Part Defendant's Motion for Summary Judgment, the Court enters judgment in favor of Plaintiff on the breach of contract claim only, in the amount of $100,000, plus prejudgment interest at the statutory rate, and in favor of Defendant on the duty of good faith and fair dealing and elder abuse claims, as well as the request for punitive damages.

　　**IT IS SO ORDERED.**

Dated: May 18, 2020

　　　　　　　　　　　　　　　　　　HON. VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　Chief United Stated District Court Judge